**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :    No. 478 WAL 2018

                 Respondent        :

                                :    Petition for Allowance of Appeal from
                                :    the Order of the Superior Court

                 v.                   :

                                :

MICHAEL JAMES DELOE,           :

                     :

                Petitioner         :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 14th day of May, 2019, the Petition for Allowance of Appeal is **DENIED**.